UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| **JOSEPH RAKOFSKY** | : | **CLOSED** |
| Plaintiff(s), | : | Civ. No. 20-12266 (SDW) |
| V. | : | **ORDER DISMISSING CASE PURSUANT TO L. CIV. R. 41.1** |
| **RAMADA BY WYNDHAM., ET AL.** | : |  |
| Defendant(s) | : |  |

It appearing to the Court that the above case has been pending for more than 90 days without any proceeding having taken therein;

It is this 18TH day of December, 2020;

**ORDERED** that the above case be and the same hereby is dismissed accordance with L. Civ. R. 41.1 without prejudice and without costs to either party.

*s/ Susan D. Wigenton*
SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE